IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WAYNE A. CRIBBS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-179
)
GREG MCCONNELL, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 24th day of February, 2010.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA